## 45599. NATIONAL CONSULTANTS, INC. v. BURT et al.
### (374 SE2d 532)

PER CURIAM.

After plenary consideration of this case, *National Consultants, Inc. v. Burt,* 186 Ga. App. 27 (366 SE2d 344) (1988), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur, except Marshall, C. J., who dissents.*

DECIDED OCTOBER 21, 1988 — RECONSIDERATION DENIED NOVEMBER 9, 1988.

*Barnes, Browning, Tanksley & Casurella, Thomas J. Browning, Jerry A. Landers, Jr., Robert D. Feagin,* for appellant.
*George W. Carreker, Gambrell, Clarke, Anderson & Stolz, Nedom A. Haley,* for appellees.